No. 01–177. COUSIN *v.* TRANS UNION CORP. C. A. 5th Cir. Certiorari denied.

No. 01–179. CITY OF PASCO *v.* HOPPER ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–180. PALMER *v.* BERTRAND. Sup. Ct. Ga. Certiorari denied.

No. 01–181. MORIAL, MAYOR OF NEW ORLEANS, ET AL. *v.* SMITH & WESSON CORP. ET AL. Sup. Ct. La. Certiorari denied.

No. 01–185. BONNELL ET UX. *v.* LORENZO ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–186. NATIONAL GEOGRAPHIC SOCIETY ET AL. *v.* GREEN-BERG ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–187. DANIELS *v.* CITY OF ARLINGTON, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–189. THOMAS ET AL. *v.* POWELL, SECRETARY OF STATE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–194. FORD *v.* FRAME ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–196. SERNA *v.* CITY OF SAN ANTONIO ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–197. SLATTERY *v.* SWISS REINSURANCE AMERICA CORP. C. A. 2d Cir. Certiorari denied.

No. 01–199. PACIFICARE OF CALIFORNIA, INC., ET AL. *v.* MC-CALL, INDIVIDUALLY AND AS TRUSTEE OF MCCALL. Sup. Ct. Cal. Certiorari denied.